UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LINDA COWAN,

        Plaintiff,

-v-                                      10-CV-0727S(Sr)
                                                    **ORDER**

TIMOTHY F. GEITNER, Secretary Department
of the Treasury (Internal Revenue Service),

        Defendant.

---

        Plaintiff, Linda Cowan, *pro se*, has filed what is now her fifth action in this Court in relation to the termination from her employment with the United States Department of Treasury, Internal Revenue Service ("IRS"). Cowan v. O'Neill, et al., 00-CV-0315S(Sr); Cowan v. Bush, et al., 07-CV-0136S; Cowan v. Mueller, et al., 07-cv-00213S; Cowan v. Paulson, 08-CV-0010S. In this action, like the three other actions that were filed subsequent to plaintiff's original employment discrimination action related to her employment with the IRS, Cowan v. O'Neill, 00-CV-0315S(Sr), plaintiff alleges, *inter alia*, that her initial action was improperly, fraudulently and/or illegally dismissed by United States District Judge William M. Skretny. Plaintiff also seeks permission to proceed *in forma pauperis*.

        Plaintiff, however, has been enjoined from filing any additional actions in this Court which, in any way, arise from her employment with the IRS, or her previous action in this Court,

Cowan v. O'Neil, 00-CV-0315S(Sr), alleging employment discrimination in relation to her employment with the IRS. Cowan v. Paulson, 08-CV-0010S), Docket No. 11, Decision and Order.

Accordingly, plaintiff's application to proceed *in forma pauperis* is denied, the complaint is dismissed with prejudice, and all other motions are denied as moot. Leave to appeal to the Court of Appeals as a poor person is denied because the Court finds that any appeal from this Order would not be taken in good faith. 28 U.S.C. s 1915(a)(3); *see* Coppedge v. United States, 369 U.S. 438, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

Plaintiff is forewarned that is she files any additional actions in this Court that arise from or are related to her employment with the IRS, or her previous action in this Court, Cowan v. O'Neil, 00-CV-0315S(Sr), she may be subject to further and additional sanctions including but not limited to monetary fines and civil and criminal contempt.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: November 10, 2010
Rochester, New York